**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

**In Re:**
**FRANCISCO HERNANDEZ,**                               **Case No. 16-20018-AJC**
   **Debtor.**                                                      **Chapter 13**
_____/

**MOTION TO MODIFY CHAPTER 13 PLAN**

    **COMES NOW,** Francisco Hernandez, (the "Debtor") by and through the undersigned counsel and pursuant to 11 U.S.C. § 1127(b) hereby file this Motion to Modify Chapter 13 Plan and in support thereof states:

    1.    The Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on July 19, 2016.

    2.    Debtor's Fourth Amended Chapter 13 Plan was confirmed by Order of this Court on November 22, 2016 [DE 49].

    3.    Debtor participated in the mortgage modification mediation program and was denied a modification of his loan with Wilmington Savings Fund Society AKA BSI Financial.

    4.    As such, the Debtor would like to modify his plan in order to cure and maintain his mortgage with Wilmington Savings Fund Society AKA BSI Financial via his Chapter 13 Plan.

    5.    The debtor seeks the modification of her Chapter 13 Plan in good faith and submits that no parties in interest will be prejudiced by the requested relief.

    6.    Undersigned counsel requests the sum of $500.00 to be paid via debtor's chapter 13 plan for filing and prosecuting the instant Motion and seeks approval of the fee pursuant to 11 U.S.C. §329 and Rule 2016 of the Federal Rules of Bankruptcy Procedures.

    **WHEREFORE**, the Debtor respectfully requests that this court enter an order granting and approving the modification of debtor's Chapter 13 Plan and any other relief this Court deems just.

**CERTIFICATE OF SERVICE**

**I HEREBYCERTIFY,** that a true and correct copy of the foregoing Motion to Modify Chapter 13 Plan was sent via CM/ECF to all parties eligible to receive electronic notice and via regular U.S. Mail to all parties on the attached matrix on this 9th day of June 2017.

        **MARRERO, CHAMIZO, MARCER LAW L.P.**
        Attorneys for Debtors
        3850 Bird Road
        Penthouse 1
        Coral Gables, FL 33146
        Tel: (786) 431-2770
        Fax: (305) 444-5538
        E-mail:bankruptcy@marrerorealestatelaw.com

        By: /s/ Julio Marrero
            Julio Marrero, Esq.
            FBN: 784664